Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ronald Lee Reese

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| RONALD LEE REESE, | Case No.: 1:12-cv-00610-GSA |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In light of the Stipulation filed September 19, 2012 (Doc. 12), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **September 19, 2012**            **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE